IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREANDOUS COTTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY BEARD; RANDY GROUNDS; MATTHEW CATE; MEDAN; N. WALKER; DOES 1-10,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 13-5891 WHA (PR)<br><br>**ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL** |

　　　　Plaintiff, a California prisoner, filed this pro se civil rights action pursuant to 42 U.S.C. 1983. Pursuant to the referral notice from the United States Court of Appeals for the Ninth Circuit, the appeal has been determined not to be frivolous or taken in bad faith. Therefore, leave to proceed in forma pauperis on appeal is **GRANTED**. *See* 28 U.S.C. § 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

　　　　The Clerk shall transmit a copy of this order to the Court of Appeals.

　　　　**IT IS SO ORDERED.**

Dated: March  11 , 2014.　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE